**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephanie LaMae Linn<br>    aka Stephanie L. Linn<br>    aka Stephanie Behm<br>    aka Stephanie Jarrett<br><br><br>    Debtor | CHAPTER 13<br><br>BKY. NO. 18-16452 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                                  Respectfully submitted,
                                                  **/s/ Rebecca A. Solarz, Esq**
                                                  Rebecca A Solarz, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322