UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Stephanie LaMae Linn
　　　　Bankruptcy No. 18-16452
　　　　Adversary No.
　　　　Chapter       13

Date:   09/25/2019

To:     Charles Laptuka

# NOTICE OF INACCURATE FILING

Re:  Motion to Sell Property Under Section 363(b)

The above pleading was filed in this office on **09/24/2019.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

| | |
|---|---|
| ( ) | Debtor's name does not match case number listed |
| ( ) | Debtor's name and case number are missing |
| ( ) | Wrong PDF document attached |
| ( ) | PDF document not legible |
| ( ) | Notice of Motion/Objection |
| **(X)** | Electronic Signature missing |
| ( ) | Other |

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　　　　　　By:  Donna Rockeymore
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04