# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Stephanie L. Linn | ) | CHAPTER 13 |
| Debtor | ) | |
| | ) | Case No.  18-16452 |
| | ) | |

## ORDER

UPON CONSIDERATION of Debtor's Amended Motion to Sell Real Property,

IT IS HEREBY ORDERED that said Amended Motion is APPROVED and Debtor is permitted to sell her property located at 307 E. Emmaus Ave, Allentown, Lehigh County, PA 18103.

**Date: October 22, 2019**

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE