```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 18-16452-amc
Stephanie LaMae Linn                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: DonnaR              Page 1 of 1              Date Rcvd: Oct 23, 2019
                        Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.
db             +Stephanie LaMae Linn,    307 E. Emmaus Avenue,    Allentown, PA 18103-5905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:
              CHARLES   LAPUTKA    on behalf of Debtor Stephanie LaMae Linn claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Stephanie L. Linn | ) | CHAPTER 13 |
| Debtor | ) | |
| | ) | Case No.  18-16452 |
| | ) | |

ORDER

UPON CONSIDERATION of Debtor's Amended Motion to Sell Real Property,

IT IS HEREBY ORDERED that said Amended Motion is APPROVED and Debtor is permitted to sell her property located at 307 E. Emmaus Ave, Allentown, Lehigh County, PA 18103.

**Date: October 22, 2019**

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE