# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie LaMae Linn aka Stephanie L. Linn aka Stephanie Behm aka Stephanie Jarrett<br>　　　　　Debtor | CHAPTER 13 |
| BAYVIEW LOAN SERVICING, LLC<br>　　　　　Movant<br>　　vs. | NO. 18-16452 AMC |
| Stephanie LaMae Linn aka Stephanie L. Linn aka Stephanie Behm aka Stephanie Jarrett<br>　　　　　Debtor | 11 U.S.C. Section 362 |
| Scott F. Waterman, Esquire<br>　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Motion for Relief from Stay re: 307 East Emmaus Avenue, Allentown, PA, 18103 of BAYVIEW LOAN SERVICING, LLC, which was filed with the Court on or about October 8, 2019.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

November 21, 2019