United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-16452-amc
Stephanie LaMae Linn                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Randi              Page 1 of 2              Date Rcvd: Feb 11, 2020
                               Form ID: 138NEW          Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db              #+Stephanie LaMae Linn,    307 E. Emmaus Avenue,    Allentown, PA 18103-5905
smg              +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg               City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg              +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg              +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14204739         +Amex/DSNB,    9111 Duke Blvd,    Mason, OH 45040-8999
14204740          Bayview Loan Servicing, LLC,    PO BOX 650091,    Dallas, TX 75265-0091
14204741         +CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
14242821         +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14204743        ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
                 (address filed with court:  People First FCU,    2141 Downyflake Lane,    Allentown, PA 18103)
14204744         +Rebecca Solarz, Esquire,    KML Law Group PC,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 12 2020 02:54:57
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 12 2020 02:55:08      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14241792         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 12 2020 02:55:08
                  Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                  Coral Gables, FL 33146-1873
14204742          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 12 2020 02:54:49
                  Comenity Capital/BJs Wholesale,    PO Box 182120,    Columbus, OH 43218-2120
14240862          E-mail/Text: bnc-quantum@quantum3group.com Feb 12 2020 02:54:52
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
                                                                                          TOTAL: 5


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
          CHARLES  LAPUTKA    on behalf of Debtor Stephanie LaMae Linn claputka@laputkalaw.com,
           jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4          User: Randi              Page 2 of 2              Date Rcvd: Feb 11, 2020
                             Form ID: 138NEW           Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
          ECF_FRPA@Trustee13.com
                                                                                    TOTAL: 6

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Stephanie LaMae Linn

           Debtor(s)

Bankruptcy No: 18–16452–amc

Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 2/11/20

43 – 42
Form 138_new
