United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephanie LaMae Linn  
      Debtor

Case No. 18-16452-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 1     Date Rcvd: Feb 11, 2020  
                        Form ID: 212     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.  
db        #+Stephanie LaMae Linn,    307 E. Emmaus Avenue,    Allentown, PA 18103-5905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:  
       CHARLES    LAPUTKA    on behalf of Debtor Stephanie LaMae Linn claputka@laputkalaw.com,  
        jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
       ROLANDO    RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
        ecfmail@readingch13.com  
       SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM    MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,  
        ECF_FRPA@Trustee13.com  
           TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                   Chapter: 13

    Stephanie LaMae Linn

Debtor(s)                                        Case No: 18−16452−amc

___

## *ORDER*

      AND NOW, 2/11/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

      ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

      ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                                     For The Court

                                                                                     Ashely M. Chan

                                                                                     Judge ,United States Bankruptcy Court