Certificate Number: 17082-PAE-DE-034130301

Bankruptcy Case Number: 18-16452



17082-PAE-DE-034130301

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 24, 2020, at 6:45 o'clock AM MST, STEPHANIE L LINN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 24, 2020            By:    /s/Orsolya K Lazar

                                     Name:  Orsolya K Lazar

                                     Title: Executive Director