**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephanie LaMae Linn | No: 18-16452 |
| Debtor | CHAPTER 13 |

**NOTICE OF CHANGE OF ADDRESS**

I, Charles Laputka, Esquire, hereby state that the Debtor, Stephanie LaMae Linn's new address is:

2520 Alpine Drive
Hellertown, PA 18055

Date: February 24, 2020                               Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102